```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____         │
│ DATE FILED:   5/14/2020         │
└─────────────────────────────────┘
```

**Stefan Canizares**
Associate

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 259 8746
T: 212 880 3800
F: 212 880 8965
stefan.canizares@akerman.com

May 1, 2020

**VIA ECF**
Hon. Mary Kay Vyskocil,
U.S. District Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *John P. Dash III v. NewRez LLC d/b/a Shellpoint Mortgage Servicing*
      *Civil Action No. 1:20-cv-01955-MKV*

Dear Judge Vyskocil:

We represent defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) in the above-referenced action.  I respectfully write to request an extension of Shellpoint's time to answer or otherwise respond to the complaint.  Shellpoint respectfully requests a three-week extension of time to respond, which would move the current deadline of April 29, 2020, to May 20, 2020.   John P. Dash III, *pro se* plaintiff, consents to this request.  Mr. Dash informed our office he filed a motion for default judgment that has not yet been posted to the ECF docket.  If the court grants this request for an extension, we understand that motion will be moot.

The reason for this request is Akerman LLP has recently been retained by Shellpoint and needs additional time to investigate the allegations of the complaint, as well as explore the possibility of a potential early resolution with Mr. Dash.  This is Shellpoint's first request for an extension of time.

For all of these reasons, Shellpoint respectfully requests an extension of time to May 20, 2020, to respond to the complaint.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Stefan Canizares
Stefan Canizares

cc:   John P. Dash III (**via US Mail**)
      Gotham BMG
      420 Lexington Avenue
      Suite 300
      New York, NY 10170
      *Pro se Plaintiff*

This request is GRANTED nunc pro tunc.  The request for entry of default [ECF #8, 9] is denied as moot.

Date: 5/14/2020
New York, New York

Mary Kay Vyskocil
United States District Judge