```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN P. DASH III,

                Plaintiff,

-against-

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,

                Defendant.

20-cv-1955 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that the parties shall appear for a conference on September 17, 2020 at 11:30 AM.  Due to the ongoing COVID-19 pandemic, the conference will be held by telephone.  The conference can be accessed by calling the Court's teleconference line at 888-278-0296 at the scheduled time.  When prompted, enter Access Code 5195844.  The Court will join once all of the parties are on the line.  The Court will mail a copy of this Order to the plaintiff.

**SO ORDERED.**

**Date:  August 11, 2020**
       **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**