UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/25/2020
```

JOHN P. DASH III,

                Plaintiff,

-against-

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,

                Defendant.

20-cv-1955 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from the defendant informing the Court that the parties have reached a settlement in principle [ECF #16]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by October 26, 2020. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). The Court will mail a copy of this Order to the plaintiff.

**SO ORDERED.**

Date: **September 25, 2020**
        **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**